**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **NORMAN IP HOLDINGS, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:13-cv-394--JDL |
| | § | |
| **CRESTRON ELECTRONICS, INC.,** | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the parties Joint Motion to Dismiss with Prejudice Defendant Crestron Electronics, Inc. (6:13-cv-384, Doc. No. 219), the Court hereby enters Final Judgment.

**IT IS ORDERED, ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

 So **ORDERED** and **SIGNED** this 16th day of June, 2014.

*JOHN D. LOVE*
UNITED STATES MAGISTRATE JUDGE